UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALFONSO WATT BUENO,

      Petitioner,

    v.                       Case No.:  2:26-cv-02011-SPC-NPM

IMMIGRATION AND CUSTOMS
ENFORCEMENT *et al.*,

      Respondents,

## OPINION AND ORDER

Before the Court are petitioner Alfonso Watt Bueno's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 8).

Watt Bueno is a native of Cuba who was paroled into the United States on May 11, 1980.  An immigration judge ordered him excluded from the country on November 20, 1989.  Watt Bueno has developed an extensive criminal history since then, and Immigration and Customs Enforcement ("ICE") detained and released him several times.  Most recently, ICE detained Watt Beuno from August 22, 2017, to March 7, 2018, when it released him on an order of supervision.

On June 30, 2025, local police arrested Watt Bueno for attempted murder and battery.  ICE issued an immigration detainer a week later.  On December 16, 2025, ICE took custody of Watt Bueno and notified him it revoked his release because his recent criminal history violated the terms of

the order of supervision.  Watt Bueno argues his detention is unlawful because there is no indication ICE can remove him in the reasonably foreseeable future.

Even assuming there is no significant likelihood of removal in the reasonably foreseeable future, Watt Bueno's detention is lawful.  8 C.F.R. § 241.4(l) allows ICE to take custody of a noncitizen who violates conditions of release.  Watt Bueno does not contest that his June 2025 arrest violated his order of supervision.  Nor does he claim ICE failed to comply with the procedures set out in § 241.4(l).  Going forward, Watt Bueno is entitled to periodic review by the HQPDU director.  8 C.F.R. § 241.4(l)(3).

It appears ICE has thus far complied with the applicable regulation and afforded Watt Bueno the process he is due.

Accordingly, it is hereby

**ORDERED:**

Alfonso Watt Bueno's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.  The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on June 30, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record